Exhibit 2

| US11107098B2 | Target Recommendations ("The accused instrumentality") |
|---|---|
| 1. A content recognition and data categorization system comprising: | The accused instrumentality utilizes a content recognition and data categorization system (e.g., Target Product Recommendation System).<br><br>As shown, Target provides AI-powered e-commerce personalization. The Target Product Recommendation System operates as a content recognition and data categorization system that combines the capabilities of the Google Cloud Platform. It recognizes content by analyzing text and images on web pages, then organizes this data based on relevance, keywords, and context. Recommendations rely on AI algorithms trained on product data and user interactions to provide AI-based personalized recommendations to users.<br><br> |

https://www.target.com/

## Evolution of Personalization at Target

The Python microservices framework implements gRPC, an efficient remote procedure call framework developed by Google, to create a microservices architecture. The models are trained and developed in Target's Hadoop cluster or offline methods, and then uploaded to the Google Cloud Platform (GCP) where they are loaded into the gRPC server's memory. These gRPC services are integrated with click stream data, the Target catalog, and other relevant information stored in the same feature store, which is loaded through an API. To access the click stream data captured from Target's website and mobile app, the personalization engine serves as the gRPC client and sends requests to the model services. This data is consumed and stored in our feature store for efficient retrieval and is also used by the gRPC models. Personalized recommendations are generated by scoring and sorting items using the models.



Microservices are used in many ways to enable real-time data processing and decision making. Examples of these use cases include:

- Real-time aggregation: Some recommendation services infer a guest's relative preferences for attributes such as brand, color, flavor, and size to enhance product recommendations on apps and websites. This is achieved by real-time aggregation of all guests' digital interactions including the most recent ones as well as their store sales going back many months, to get an understanding of guests' preferences of specific attributes when they shop for items.



Original recommendations

Guest's Preferences: Medium size, Red color

Personalized recommendations

Real-time scoring of deep learning models: Some models employ deep learning models such as graph neural networks to predict items that a user may be interested in purchasing based on their recent activities. For example, we have a model that gives recommendations based on multiple items in real-time i.e., if a guest adds milk to their cart, we recommend other grocery items. Next, when the guest adds eggs to their cart, we recommend breakfast items. If the next item added to cart is sugar, we recommend baking supplies.

https://tech.target.com/blog/real-time-personalization

Target has been exploring, leveraging, and releasing open source software for several years now, and we are seeing positive impact to how we work together already. In early 2021, our recommendations team started to consider real-time natural language input from guests, such as search queries, Instagram posts, and product reviews, because these signals can be useful for personalized product recommendations. We planned to generate representations of those guest inputs using the open source Bidirectional Encoder Representations from Transformers (BERT) model.

## BERT Use Cases in Personalization

As mentioned earlier, BERT embeddings are used by many products across the Internet in a variety of recommendation tasks. We convert any user-generated content into embeddings to obtain a numerical vector representation of these inputs. In the simplest way, we can recommend similar products by finding the nearest neighbors in the embedding space. We used cosine similarity in nearest neighbor lookup for this task and it took around 5 to 10 ms. The total runtime along with other computations and lookups reached around 80 ms. By caching where appropriate, we were able to reduce the runtime to 75 ms.

https://tech.target.com/blog/bert-model

| one or more databases coupled via a network; and | The accused instrumentality discloses one or more databases (e.g., databases of Google cloud and other data centres) coupled via a network (e.g., internet).<br><br>**The Journey to a Hybrid-Multi-Cloud**<br><br>## Multi-cloud<br><br>Multi-cloud enables us to leverage what's best about each cloud. Running enterprise services on Azure makes sense for us. Commodity Kubernetes clusters in GCP are easy to manage and scale. Distributing workloads between two public cloud providers does offer redundancy and has the potential to eliminate single points of failure. This does, however, impose additional burden in terms of understanding the dependency stack and actively managing it. Egress costs are exorbitant, so we generally avoid multi-cloud for geo-redundancy alone, and instead are exploring geo-latency as one possible trigger for leveraging multiple providers. Recently, we have also been experimenting with auto-scaling workloads between public clouds. Lastly, multi-cloud for us also serves as an arbitrage for technology readiness, because each public cloud provider has its own strengths.<br><br>https://tech.target.com/blog/journey-to-a-hybrid-multi-cloud<br><br>## Creating customer love: solved <br><br>Target has established and developed a culture that celebrates their customers, where inspiration and joy are expected with every interaction. It's what keeps them both innovative and beloved. It's also why Target chose Google Cloud for a next-generation technology platform. |

Drive-up orders and curbside delivery mean customer convenience. It is delivered by technical excellence. Working with Google Cloud in areas like geolocation, inventory, and online commerce, the Target team does more for customers.

https://cloud.google.com/customers/featured/target

## Evolution of Personalization at Target

The Python microservices framework implements gRPC, an efficient remote procedure call framework developed by Google, to create a microservices architecture. The models are trained and developed in Target's Hadoop cluster or offline methods, and then uploaded to the Google Cloud Platform (GCP) where they are loaded into the gRPC server's memory. These gRPC services are integrated with click stream data, the Target catalog, and other relevant information stored in the same feature store, which is loaded through an API. To access the click stream data captured from Target's website and mobile app, the personalization engine serves as the gRPC client and sends requests to the model services. This data is consumed and stored in our feature store for efficient retrieval and is also used by the gRPC models. Personalized recommendations are generated by scoring and sorting items using the models.

https://tech.target.com/blog/real-time-personalization

## Infrastructure

We deliver and operate infrastructure capabilities that are stable, secure, simple, and efficient, while scaled to support hundreds of thousands of team members and the experiences of millions of guests every day in one of the world's largest retailers. We build and run cloud and compute platforms, network connectivity, data centers, field engineering, and big data systems that power our stores, digital, and supply chain experiences. Our software engineers develop distributed systems that run elastic compute across the hybrid cloud and the edge. Our hardware engineers operate IoT technology in stores, deploy wearables and robots in our supply chain, and integrate hardware in our data centers.

https://tech.target.com/teams/infrastructure

| | | |
|---|---|---|
| a computing | The accused instrumentality discloses a computing system (e.g., servers associated with |

| | |
|---|---|
| system having a non-transitory computer-readable medium comprising code, the computing system having one or more processors coupled to the one or more databases over the network, wherein instructions are executed by the computing system to perform: | Target Product recommendation system, etc.) having a non-transitory computer-readable medium (e.g., storage associated with Target, etc.) comprising code, the computing system having one or more processors (e.g., processors or CPUs associated with Target Recommendation Engine, etc.) coupled to the one or more databases (e.g., databases of Target, etc.) over the network (e.g., internet) , wherein instructions are executed by the computing system (e.g., Servers associated with Target, etc.).<br><br>The Target product recommendation system operates on a computing system architecture, with server memory and databases serving as the non-transitory medium for storing web content and machine learning models. The Target recommendation system determines consumer behavior patterns, predicts user preferences, and recommends relevant items. The instructions executed by Google Cloud Platform's servers encompass sophisticated algorithms for indexing, ranking, and retrieving information, ensuring that the results are accurate, relevant, and tailored to each user's needs.<br><br>**Target's Using Artificial Intelligence to Make Your Shopping Experience \*Even Better\***<br><br>Artificial intelligence (AI) plays a big role in helping Target take guests' experience to a whole new level. Personalizing your experience and keeping your favorite must-haves on our physical and digital shelves, where — and when — you need them are two big ways, but there are many, many more.<br><br>https://corporate.target.com/news-features/article/2023/12/artificial-intelligence |

## Creating customer love: solved



Target has established and developed a culture that celebrates their customers, where inspiration and joy are expected with every interaction. It's what keeps them both innovative and beloved. It's also why Target chose Google Cloud for a next-generation technology platform. Drive-up orders and curbside delivery mean customer convenience. It is delivered by technical excellence. Working with Google Cloud in areas like geolocation, inventory, and online commerce, the Target team does more for customers.

https://cloud.google.com/customers/featured/target

# Infrastructure

We deliver and operate infrastructure capabilities that are stable, secure, simple, and efficient, while scaled to support hundreds of thousands of team members and the experiences of millions of guests every day in one of the world's largest retailers. We build and run cloud and compute platforms, network connectivity, data centers, field engineering, and big data systems that power our stores, digital, and supply chain experiences. Our software engineers develop distributed systems that run elastic compute across the hybrid cloud and the edge. Our hardware engineers operate IoT technology in stores, deploy wearables and robots in our supply chain, and integrate hardware in our data centers.

https://tech.target.com/teams/infrastructure

Most of the open source language models available are trained on GPUs, making GPUs ideal for low latency inference use cases. However, we choose CPU for inference for the following reasons:

1. All our real-time microservices run in Target's GCP Kubernetes which are CPU based.
2. GPUs perform best when the requests are sent in batches. Implementing batching increases complexity, overhead, and latency. We don't have to batch the requests for CPU execution.

https://tech.target.com/blog/bert-model

| | |
|---|---|
| maintaining a database of the one or more databases on a server in communication with one or more third party content provider computing device systems and one or more user computing device systems, | The accused instrumentality discloses maintaining a database (e.g., Target database, etc.) of the one or more databases (e.g., database of Google Cloud, etc.) on a server in communication with one or more third party content provider computing device systems (e.g.-commerce platform) and one or more user computing device systems (e.g., user devices searching for content, etc.). The content may include the product catalog (items) along with information such as brand, color, size, or availability.<br><br>**Multi-cloud**<br><br>Multi-cloud enables us to leverage what's best about each cloud. Running enterprise services on Azure makes sense for us. Commodity Kubernetes clusters in GCP are easy to manage and scale. Distributing workloads between two public cloud providers does offer redundancy and has the potential to eliminate single points of failure. This does, however, impose additional burden in terms of understanding the dependency stack and actively managing it. Egress costs are exorbitant, so we generally avoid multi-cloud for geo-redundancy alone, and instead are exploring geo-latency as one possible trigger for leveraging multiple providers. Recently, we have also been experimenting with auto-scaling workloads between public clouds. Lastly, multi-cloud for us also serves as an arbitrage for technology readiness, because each public cloud provider has its own strengths.<br><br>https://tech.target.com/blog/journey-to-a-hybrid-multi-cloud |

The Python microservices framework implements gRPC, an efficient remote procedure call framework developed by Google, to create a microservices architecture. The models are trained and developed in Target's Hadoop cluster or offline methods, and then uploaded to the Google Cloud Platform (GCP) where they are loaded into the gRPC server's memory. These gRPC services are integrated with click stream data, the Target catalog, and other relevant information stored in the same feature store, which is loaded through an API. To access the click stream data captured from Target's website and mobile app, the personalization engine serves as the gRPC client and sends requests to the model services. This data is consumed and stored in our feature store for efficient retrieval and is also used by the gRPC models. Personalized recommendations are generated by scoring and sorting items using the models.



https://tech.target.com/blog/real-time-personalization

## Infrastructure

We deliver and operate infrastructure capabilities that are stable, secure,
simple, and efficient, while scaled to support hundreds of thousands of
team members and the experiences of millions of guests every day in
one of the world's largest retailers. We build and run cloud and compute
platforms, network connectivity, data centers, field engineering, and big
data systems that power our stores, digital, and supply chain
experiences. Our software engineers develop distributed systems that
run elastic compute across the hybrid cloud and the edge. Our hardware
engineers operate IoT technology in stores, deploy wearables and robots
in our supply chain, and integrate hardware in our data centers.

https://tech.target.com/teams/infrastructure

Instead of generating predictions before requests arrive, predictions are generated
after requests arrive by collecting users' activities in real-time. When a new user
visit Target.com, instead of suggesting generic items, we can now show them items
based on their activities. For example, if they have looked at a keyboard and a
computer monitor, they are likely looking at work-from-home setups and we would
recommend relevant items like HDMI cables or monitor mounts. This increases user
engagement and retention since the recommendations are tailored to individual
users' interests and preferences.



ONLINE PREDICTIONS

https://tech.target.com/blog/real-time-personalization

## Target and Apache Druid: Real-Time Analytics at Massive Scale

Target custom-built a data analytic platform using a simple architecture stack, allowing data ingestion from various sources and offering an interface for users to interact with the platform. They chose Apache Druid as a central component of the platform to store business data (sales, planning, and HR information, and so on) while the top of the stack is where users see and interact with the platform.

https://imply.io/case-studies/target-and-apache-druid-real-time-analytics-at-massive-scale/

| storing a plurality | The accused system discloses storing a plurality of user profiles (e.g., user profiles,, etc.), |
|---|---|

| | |
|---|---|
| of user profiles, each user profile being unique and being associated with a first unique user entity accessible by the one or more user computing device systems, wherein at least one first unique user profile comprises personal information related to a first unique user and information representing at least one brand identifier of the first unique user that have been selected to be associated with the first unique user on the content recognition and data categorization system, the server adapted to access the database and to receive inputs, | each user profile being unique and being associated with a first unique user entity (e.g., users searching for content, etc.) accessible by the one or more user computing device systems (e.g., user devices, etc.), wherein at least one first unique user profile (e.g., user profiles, etc.) comprises personal information related to a first unique user and information representing at least one brand identifier (e.g., user's preferred brand, user searched brand, etc.) of the first unique user (e.g., users searching for content, etc.) that have been selected to be associated with the first unique user (e.g., users searching for content, etc.) on the content recognition and data categorization system, the server adapted to access the database and to receive inputs (e.g., user's search query, etc.), including from the one or more user computing devices systems.<br><br>The Target recommendation system stores a variety of unique user profiles, each linked to individual users and accessible through multiple user computing devices. These profiles contain personal information about the users, along with brand identifiers (e.g., user preferences, etc.) that the users have chosen to associate with themselves. The system is designed to recognize and categorize this data, allowing for personalized content delivery. Additionally, Google cloud servers are equipped to access these databases and receive inputs from user devices, enabling a search experience based on the specific preferences and information of each user.<br><br>**PRZ's microservices architecture** |

| including from the one or more user computing devices systems; | The Python microservices framework implements gRPC, an efficient remote procedure call framework developed by Google, to create a microservices architecture. The models are trained and developed in Target's Hadoop cluster or offline methods, and then uploaded to the Google Cloud Platform (GCP) where they are loaded into the gRPC server's memory. These gRPC services are integrated with click stream data, the Target catalog, and other relevant information stored in the same feature store, which is loaded through an API. To access the click stream data captured from Target's website and mobile app, the personalization engine serves as the gRPC client and sends requests to the model services. This data is consumed and stored in our feature store for efficient retrieval and is also used by the gRPC models. Personalized recommendations are generated by scoring and sorting items using the models.<br><br> |

Real-time aggregation: Some recommendation services infer a guest's relative preferences for attributes such as brand, color, flavor, and size to enhance product recommendations on apps and websites. This is achieved by real-time aggregation of all guests' digital interactions including the most recent ones as well as their store sales going back many months, to get an understanding of guests' preferences of specific attributes when they shop for items.



Guest's Preferences: Medium size, Red color

Real-time scoring of deep learning models: Some models employ deep learning models such as graph neural networks to predict items that a user may be interested in purchasing based on their recent activities. For example, we have a model that gives recommendations based on multiple items in real-time i.e., if a guest adds milk to their cart, we recommend other grocery items. Next, when the guest adds eggs to their cart, we recommend breakfast items. If the next item added to cart is sugar, we recommend baking supplies.

https://tech.target.com/blog/real-time-personalization

At Target, we want you to know how we collect, use, share, and protect information about you. By interacting with Target through our stores, websites, mobile application(s), products, services, or otherwise, you consent to the use of information that is collected or submitted as described in this privacy policy. We may change or add to this privacy policy, so we encourage you to review it periodically.

| Category of Personal Information | Category of Third Party |
| --- | --- |
| • Internet or other electronic network activity (e.g., "cookies" or other tracking tags)<br>• Identifiers (e.g., name, mailing address, email address, phone number, credit/debit card number)<br>• Demographics (e.g., age, sex, race, date of birth, education, occupation)<br>• Commercial Information (e.g., products or services purchased, purchase history) | • Advertising Networks<br>• Merchant Partners<br>• Social Networks |

|  | **Third-party Automated Collection** |
|---|---|
|  | We and our service providers use anonymous identifiers such as cookies and other technologies to collect and store certain types of information (e.g., click stream information, browser type, time and date, subject of advertisements clicked or scrolled over, hardware/software information, cookie and session ID) whenever you interact with us or third-parties that use our services. |
|  | We also allow third-party companies (e.g., Google) to place tags on our digital properties once approved through our tagging process. The tags may collect information from your interactions on Target.com. Our Privacy Policy does not cover these third party companies. Please contact these third-party companies (e.g., Google) directly for more information about their privacy policy and your choices regarding the tags and the information collected by the tags. https://www.target.com/c/target-privacy-policy/-/N-4sr7p |
| collecting one or more captured content in different formats from the one or more third-party content provider computing device systems by one or more content search queries for the one or more captured content available on the internet or | The accused instrumentality practices collecting one or more captured content in different formats (e.g., different file formats indexed by the accused instrumentality, etc.) from the one or more third-party content provider computing device systems by one or more content search queries for the one or more captured content available on the internet or by receiving shared content by the one or more third-party content provider computing device systems. Target receives content directly from third-party provider, ensuring a range of information is indexed and made accessible to users. This includes receiving content in different formats, such as text, images, pdf, etc. This process enhances the recommendation system's ability to deliver relevant and varied content based on user queries. |

| | |
|---|---|
| by receiving shared content by the one or more third-party content provider computing device systems; | **Target and Apache Druid: Real-Time Analytics at Massive Scale** <br><br>Target is one of the largest retailers in the United States, with brick-and-mortar stores in all 50 states and one of the most-visited ecommerce sites in the country. In addition to typical merchandising functions like assortment planning, pricing and inventory management, Target also operates a large supply chain, financial/banking operations and property management organizations.<br><br>Target custom-built a data analytic platform using a simple architecture stack, allowing data ingestion from various sources and offering an interface for users to interact with the platform. They chose Apache Druid as a central component of the platform to store business data (sales, planning, and HR information, and so on) while the top of the stack is where users see and interact with the platform.<br><br>Target chose Druid to power their platform due to its ability to handle time series data efficiently. Druid excels in aggregating and filtering data, as well as providing horizontal scalability. This means that when someone needs to increase query speed, add more users, or store more data, they can simply add hardware. Druid also supports sophisticated operations and complex aggregations, and boasts an active community and comprehensive documentation. |

Target's Druid cluster began as a few virtual machines and has since grown into a robust on-premises system with hundreds of servers. The cluster has multiple brokers and a load-balanced configuration, with tens of thousands of cores and hundreds of terabytes of RAM. Backed by HDFS for deep storage and MySQL for metadata storage, their Druid cluster offers over a petabyte of storage when factoring in RAM and SSDs.

And Target achieved their goal of building a platform that could be utilized by both technical and non-technical users alike, across the organization. The platform services about 70,000 daily active users from Target's stores, distribution centers and in headquarters locations all the way on the other side of the planet.

https://imply.io/case-studies/target-and-apache-druid-real-time-analytics-at-massive-scale/

Instead of generating predictions before requests arrive, predictions are generated after requests arrive by collecting users' activities in real-time. When a new user visit Target.com, instead of suggesting generic items, we can now show them items based on their activities. For example, if they have looked at a keyboard and a computer monitor, they are likely looking at work-from-home setups and we would recommend relevant items like HDMI cables or monitor mounts. This increases user engagement and retention since the recommendations are tailored to individual users' interests and preferences.



**ONLINE PREDICTIONS**

https://tech.target.com/blog/real-time-personalization

| | |
|---|---|
| storing the one or more captured content in the database; | The accused instrumentality practices storing the one or more captured content in the database (e.g., Apache druid).<br><br>As shown, the Apache druid stores captured content from third-party providers (ecommerce platform) in its databases, organizing various formats such as images, and texts to efficiently retrieve and deliver relevant information to users based on their search queries. |

**Target and Apache Druid: Real-Time Analytics at Massive Scale**

Target custom-built a data analytic platform using a simple architecture stack, allowing data ingestion from various sources and offering an interface for users to interact with the platform. They chose Apache Druid as a central component of the platform to store business data (sales, planning, and HR information, and so on) while the top of the stack is where users see and interact with the platform.

Target chose Druid to power their platform due to its ability to handle time series data efficiently. Druid excels in aggregating and filtering data, as well as providing horizontal scalability. This means that when someone needs to increase query speed, add more users, or store more data, they can simply add hardware. Druid also supports sophisticated operations and complex aggregations, and boasts an active community and comprehensive documentation.

Target's Druid cluster began as a few virtual machines and has since grown into a robust on-premises system with hundreds of servers. The cluster has multiple brokers and a load-balanced configuration, with tens of thousands of cores and hundreds of terabytes of RAM. Backed by HDFS for deep storage and MySQL for metadata storage, their Druid cluster offers over a petabyte of storage when factoring in RAM and SSDs.

https://imply.io/case-studies/target-and-apache-druid-real-time-analytics-at-massive-scale/

| identifying one or more objects associated with the one or more captured content using Optical Character Recognition technology | The accused instrumentality practices identifying one or more objects (e.g., objects in images, etc.) associated with the one or more captured content (e.g., product received from third-party etc.) using Optical Character Recognition technology (Image recognition technology).<br><br>As shown, Optical Character Recognition (OCR) technology is employed to identify objects associated with captured content by converting images and documents into machine-readable text. Google Cloud utilizes its OCR capabilities, which allow for the extraction of text from various formats, including text and images. This technology enhances the recommendation engine's ability to categorize content, enabling more accurate and relevant search results for users by recognizing and processing textual information within visual data. |

# Creating customer love: solved



Target has established and developed a culture that celebrates their customers, where inspiration and joy are expected with every interaction. It's what keeps them both innovative and beloved. It's also why Target chose Google Cloud for a next-generation technology platform.

**1,800**

store locations

**100 million**

guests per month on website & apps

**350,000**

team members

https://cloud.google.com/customers/featured/target

# OCR (Optical Character Recognition) with world-class Google Cloud AI

Extract text and data from images and documents, turn unstructured content into business-ready structured data, and unlock valuable insights.

OVERVIEW

| | |
|---|---|
| **What is OCR?** | Optical Character Recognition (OCR) is a foundational technology behind the conversion of typed, handwritten or printed text from images into machine-encoded text. |
| **How does OCR work at Google Cloud?** | Google Cloud powers OCR with best-in-class AI. It goes beyond traditional text recognition by understanding, organizing and enriching data, ultimately generating business-ready insights. |

https://cloud.google.com/use-cases/ocr?hl=en

| transforming | The accused instrumentality practices transforming extracted data of the one or more |
|---|---|

| | |
|---|---|
| extracted data of the one or more identified objects from the different formats of the one or more captured content to a standardized format by stripping the one or more captured content for one or more details and uploading the one or more details with additional fields cataloging various items displayed in foregrounds and backgrounds of each of the one or more captured content using one or more active machine learning and artificial intelligence processes in real time; | identified objects from the different formats (e.g., different file formats indexed by the accused instrumentality, etc.) of the one or more captured content to a standardized format by stripping the one or more captured content for one or more details and uploading the one or more details with additional fields cataloging (e.g., indexing, etc.) various items displayed in foregrounds (images, texts, etc.) and backgrounds (e.g., watermarks, etc.) of each of the one or more captured content using one or more active machine learning and artificial intelligence processes in real time.<br><br>As shown, during indexing Target employs Google Cloud's machine learning and BERT processes in real-time to analyze and categorize collected data, ensuring that the information is organized effectively. This transformation enhances the Target recommendation engine's ability to deliver precise and contextually relevant search results, improving the overall user experience. |

## Creating customer love: solved



Target has established and developed a culture that celebrates their customers, where inspiration and joy are expected with every interaction. It's what keeps them both innovative and beloved. It's also why Target chose Google Cloud for a next-generation technology platform.

**1,800**

store locations

**100 million**

guests per month on website & apps

**350,000**

team members

https://cloud.google.com/customers/featured/target

# OCR (Optical Character Recognition) with world-class Google Cloud AI

Extract text and data from images and documents, turn unstructured content into business-ready structured data, and unlock valuable insights.

OVERVIEW

What is OCR?

Optical Character Recognition (OCR) is a foundational technology behind the conversion of typed, handwritten or printed text from images into machine-encoded text.

How does OCR work at Google Cloud?

Google Cloud powers OCR with best-in-class AI. It goes beyond traditional text recognition by understanding, organizing and enriching data, ultimately generating business-ready insights.

https://cloud.google.com/use-cases/ocr?hl=en

**Transformer Models and BERT Model: Overview**

## A transformer is an encoder-decoder model that can...



Massive advantage over RNN based encoder-decoder architecture since it allows us to:

- Take advantage of parallelization GPU/TPU.
- Process much more data in the same amount of time.
- Process all tokens at once!

https://www.cloudskillsboost.google/course_templates/538/video/489216

Real-time aggregation: Some recommendation services infer a guest's relative preferences for attributes such as brand, color, flavor, and size to enhance product recommendations on apps and websites. This is achieved by real-time aggregation of all guests' digital interactions including the most recent ones as well as their store sales going back many months, to get an understanding of guests' preferences of specific attributes when they shop for items.



Original recommendations

Personalized recommendations

Guest's Preferences: Medium size, Red color

Real-time scoring of deep learning models: Some models employ deep
learning models such as graph neural networks to predict items that a user may
be interested in purchasing based on their recent activities. For example, we
have a model that gives recommendations based on multiple items in real-time
i.e., if a guest adds milk to their cart, we recommend other grocery items. Next,
when the guest adds eggs to their cart, we recommend breakfast items. If the
next item added to cart is sugar, we recommend baking supplies.



| | Real-time filtering and re-ranking: Frequently, we have a desire to re-rank product recommendations and enhance them to satisfy various goals, such as relevance, profitability, shipping cost, availability, or the preferences of individual guests. Microservices offer an ideal platform for carrying out this type of real-time decision-making.<br><br>https://tech.target.com/blog/real-time-personalization |
|---|---|
| searching the database, in response to the transformed extracted data, to identify one or more potential associated brand identifiers to the first unique user based at least in part on the first unique user profile and collected data from the one or more identified objects, the one or more identified objects received from the one or more third party content provider | The accused instrumentality practices searching the database (e.g., Target database, etc.), in response to the transformed extracted data, to identify one or more potential associated brand identifiers to the first unique user based at least in part on the first unique user profile and collected data from the one or more identified objects, the one or more identified objects received from the one or more third party content provider computing device systems.<br><br>Target computes an individual user's behavioural profile based on their behaviour that is captured as events. Target applies this user behavioural profile as a set of scored filters when personalizing results. When the user searches for an item, the system searches the database in response to the indexed data (transformed extracted data) to identify potential associated brand identifiers linked to the user. This process relies on the user's unique profile and the collected data from identified objects received from the shopping site serving as third-party content provider. By analysing this information, Target effectively matches the search results with the user's preferences, ensuring a more personalized and relevant shopping experience.<br><br>**Target's Using Artificial Intelligence to Make Your Shopping Experience \*Even Better\*** |

| | |
|---|---|
| computing device systems; | Artificial intelligence (AI) plays a big role in helping Target take guests' experience to a whole new level. Personalizing your experience and keeping your favorite must-haves on our physical and digital shelves, where — and when — you need them are two big ways, but there are many, many more.<br><br>https://corporate.target.com/news-features/article/2023/12/artificial-intelligence<br><br>Instead of generating predictions before requests arrive, predictions are generated after requests arrive by collecting users' activities in real-time. When a new user visit Target.com, instead of suggesting generic items, we can now show them items based on their activities. For example, if they have looked at a keyboard and a computer monitor, they are likely looking at work-from-home setups and we would recommend relevant items like HDMI cables or monitor mounts. This increases user engagement and retention since the recommendations are tailored to individual users' interests and preferences.<br><br><br><br>**ONLINE PREDICTIONS**<br><br>https://tech.target.com/blog/real-time-personalization |

Real-time aggregation: Some recommendation services infer a guest's relative preferences for attributes such as brand, color, flavor, and size to enhance product recommendations on apps and websites. This is achieved by real-time aggregation of all guests' digital interactions including the most recent ones as well as their store sales going back many months, to get an understanding of guests' preferences of specific attributes when they shop for items.



Original recommendations              Personalized recommendations

Guest's Preferences: Medium size, Red color

Real-time scoring of deep learning models: Some models employ deep learning models such as graph neural networks to predict items that a user may be interested in purchasing based on their recent activities. For example, we have a model that gives recommendations based on multiple items in real-time i.e., if a guest adds milk to their cart, we recommend other grocery items. Next, when the guest adds eggs to their cart, we recommend breakfast items. If the next item added to cart is sugar, we recommend baking supplies.

|  | Real-time filtering and re-ranking: Frequently, we have a desire to re-rank product recommendations and enhance them to satisfy various goals, such as relevance, profitability, shipping cost, availability, or the preferences of individual guests. Microservices offer an ideal platform for carrying out this type of real-time decision-making.<br><br>https://tech.target.com/blog/real-time-personalization |



https://www.target.com/p/levi-s-mens-drive-lo-synthetic-leather-casual-lace-up-sneaker-

shoe/-/A-1001541908?preselect=93142853#lnk=sametab



https://www.target.com/p/jockey-generation-men-s-stay-new-cotton-tank-3pk/-/A-81970763?preselect=81838425#lnk=sametab

| | |
|---|---|
| determining one or more potential associated brand identifiers to the first unique user from the one or more identified potential associated brand identifiers to determine a brand correlation between the at least one brand identifier and the one more potential associated brand identifiers to assist the first unique user in determining additional brands that have a consumer overlap; and | The accused instrumentality practices determining one or more potential associated brand identifiers to the first unique user from the one or more identified potential associated brand identifiers (e.g., Find alternative etc.) to determine a brand correlation between the at least one brand identifier and the one more potential associated brand identifiers to assist the first unique user in determining additional brands that have a consumer overlap.<br><br>Upon information and belief, when a user interacts with an item of a brand, such as favourites the item or adds it to the cart, the system analyses the user interactions and the interactions are updated in the user profile which also contains the brand information. The system analyzes the identified brand identifiers to determine potential associated brands that share a consumer overlap. By leveraging the user's profile and data from shopping sites, Target's algorithms identify brands that align with the user's chosen preferences. Exemplarily, if a user's preferred brands include Levi's, the system may suggest associated brands like Nike, which cater to a similar target demographic and offer comparable product categories.<br><br>**Target's Using Artificial Intelligence to Make Your Shopping Experience \*Even Better\***<br><br>Artificial intelligence (AI) plays a big role in helping Target take guests' experience to a whole new level. Personalizing your experience and keeping your favorite must-haves on our physical and digital shelves, where — and when — you need them are two big ways, but there are many, many more.<br><br>https://corporate.target.com/news-features/article/2023/12/artificial-intelligence |

Instead of generating predictions before requests arrive, predictions are generated after requests arrive by collecting users' activities in real-time. When a new user visit Target.com, instead of suggesting generic items, we can now show them items based on their activities. For example, if they have looked at a keyboard and a computer monitor, they are likely looking at work-from-home setups and we would recommend relevant items like HDMI cables or monitor mounts. This increases user engagement and retention since the recommendations are tailored to individual users' interests and preferences.



**ONLINE PREDICTIONS**

Real-time aggregation: Some recommendation services infer a guest's relative preferences for attributes such as brand, color, flavor, and size to enhance product recommendations on apps and websites. This is achieved by real-time aggregation of all guests' digital interactions including the most recent ones as well as their store sales going back many months, to get an understanding of guests' preferences of specific attributes when they shop for items.



Original recommendations

Guest's Preferences: Medium size, Red color

Personalized recommendations

Real-time scoring of deep learning models: Some models employ deep learning models such as graph neural networks to predict items that a user may be interested in purchasing based on their recent activities. For example, we have a model that gives recommendations based on multiple items in real-time i.e., if a guest adds milk to their cart, we recommend other grocery items. Next, when the guest adds eggs to their cart, we recommend breakfast items. If the next item added to cart is sugar, we recommend baking supplies.

Real-time filtering and re-ranking: Frequently, we have a desire to re-rank product recommendations and enhance them to satisfy various goals, such as relevance, profitability, shipping cost, availability, or the preferences of individual guests. Microservices offer an ideal platform for carrying out this type of real-time decision-making.

https://tech.target.com/blog/real-time-personalization



https://www.target.com/p/levi-s-mens-drive-lo-synthetic-leather-casual-lace-up-sneaker-

shoe/-/A-1001541908?preselect=93142853#lnk=sametab



https://www.target.com/p/jockey-generation-men-s-stay-new-cotton-tank-3pk/-/A-81970763?preselect=81838425#lnk=sametab

| presenting    at    a | The accused instrumentality discloses presenting at a display (e.g., display at the user |

| | |
|---|---|
| display associated with the first unique user, data representing the one or more identified potential associated brand identifiers to provide a more accurate vantage point of a current market, the data representing the one or more identified potential associated brand identifiers provided as one or more user interface elements associated with the one or more identified potential associated brand identifiers. | device, etc.) associated with the first unique user, data representing the one or more identified potential associated brand identifiers to provide a more accurate vantage point of a current market, the data representing the one or more identified potential associated brand identifiers.<br><br>**Target's Using Artificial Intelligence to Make Your Shopping Experience \*Even Better\***<br><br>Artificial intelligence (AI) plays a big role in helping Target take guests' experience to a whole new level. Personalizing your experience and keeping your favorite must-haves on our physical and digital shelves, where — and when — you need them are two big ways, but there are many, many more.<br><br>https://corporate.target.com/news-features/article/2023/12/artificial-intelligence<br><br>Instead of generating predictions before requests arrive, predictions are generated after requests arrive by collecting users' activities in real-time. When a new user visit Target.com, instead of suggesting generic items, we can now show them items based on their activities. For example, if they have looked at a keyboard and a computer monitor, they are likely looking at work-from-home setups and we would recommend relevant items like HDMI cables or monitor mounts. This increases user engagement and retention since the recommendations are tailored to individual users' interests and preferences. |



## ONLINE PREDICTIONS

Real-time aggregation: Some recommendation services infer a guest's relative preferences for attributes such as brand, color, flavor, and size to enhance product recommendations on apps and websites. This is achieved by real-time aggregation of all guests' digital interactions including the most recent ones as well as their store sales going back many months, to get an understanding of guests' preferences of specific attributes when they shop for items.



| | Real-time scoring of deep learning models: Some models employ deep learning models such as graph neural networks to predict items that a user may be interested in purchasing based on their recent activities. For example, we have a model that gives recommendations based on multiple items in real-time i.e., if a guest adds milk to their cart, we recommend other grocery items. Next, when the guest adds eggs to their cart, we recommend breakfast items. If the next item added to cart is sugar, we recommend baking supplies.<br><br>https://tech.target.com/blog/real-time-personalization |



https://www.target.com/p/levi-s-mens-drive-lo-synthetic-leather-casual-lace-up-sneaker-

shoe/-/A-1001541908?preselect=93142853#lnk=sametab



https://www.target.com/p/jockey-generation-men-s-stay-new-cotton-tank-3pk/-/A-81970763?preselect=81838425#lnk=sametab